# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY STROUTH,<br><br>          Plaintiff,<br><br>     vs.<br><br>PHILLIPS 66 PARTNERS L.P., GREG C. GARLAND, GARY K. ADMAS, JULIE L. BUSHMAN, DENISE R. CADE, LISA A. DAVIS, CHARLES M. HOLLEY, JOHN E. LOWE, DENISE L. RAMOS, DOUGLAS T. TERRESON, GLENN F. TILTON, and MARNA C. WHITTINGTON,<br><br>          Defendants. | **Case No.:** 1:22-cv-01055-LAK<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Anthony Strouth ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: March 30, 2022                    **BRODSKY & SMITH**

                                                         By:    */s/ Evan J. Smith*
                                                                   Evan J. Smith
                                                                   240 Mineola Boulevard
                                                                   Mineola, NY 11501
                                                                   Phone: (516) 741-4977
                                                                   Facsimile (561) 741-0626

                                                                   *Attorneys for Plaintiff*